UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOMAIRA WILSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CVS PHARMACY, INC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:15-cv-01671 AWI JLT<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NTO BE IMPOSED AND THE STAY LIFTED FOR THE PARTIES' FAILURE TO FILE STATUS REPORT** |

　　　　The Court granted the parties' stipulation to stay this action to allow them to proceed to arbitration. (Doc. 6)  In that order, the Court required, "Every 180 days and no later than 30 days after the arbitrator issues the decision, the parties **SHALL** file a joint status report setting forth the status of the matter and detailing whether the Court should lift the stay." Id. at 2. Nonetheless, the parties have failed to file the first status report.  Therefore, the Court **ORDERS**:

　　　　1.　　Within seven days, the parties **SHALL** show cause in writing why sanctions should not be imposed and the stay lifted for their failure to comply with the Court's orders. Alternatively, within seven days, they may file the status report.

IT IS SO ORDERED.

　　Dated:　**September 15, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE