1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA
10
11   YOMAIRA WILSON,                        Case No. 1:15-cv-01671 AWI JLT
12                          Plaintiff,      **ORDER CLOSING THE CASE**
13        v.                                (Doc. 11)
14   CVS PHARMACY, INC,
15                          Defendant.
16
17        On January 18, 2017, the parties filed a stipulation to dismiss the action. (Doc. 11)  The
18   parties agree that the matter will be dismissed with prejudice and that each side will bear their
19   own costs. Id. at 2.
20        Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an
21   action without a court order by filing: . . . a stipulation of dismissal signed by all parties who
22   have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the
23   Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City
24   of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED
25   to close this action in light of the notice of dismissal with prejudice filed and properly signed
26   pursuant to Rule 41(a).
27
28   IT IS SO ORDERED.

        Dated:   __**January 19, 2017**__          _____**/s/ Jennifer L. Thurston**

UNITED STATES MAGISTRATE JUDGE